UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HERMAN T. McKINNEY, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 3:15-cv-00665 |
| v. ) | Judge Sharp |
| ) | |
| f/n/u TYNER, et al. ) | |
| ) | |
| Defendant. ) | |

# ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge (Docket No. 20), recommending that Plaintiff Herman T. McKinney's Complaint (Docket No. 1) be dismissed. Earlier, the Magistrate had issued an Order (Docket No. 16) that required McKinney to file a written explanation showing cause for his failure to serve a defendant within 120 days after the filing of his Complaint. McKinney did not comply with that Order. McKinney has also failed to keep the Court informed of his current address, despite a clear warning from the Court. (See Docket No. 10.)

Under Rule 72(b) of the Federal Rules of Civil Procedure, McKinney had 14 days to file written objections to the R & R. FED. R. CIV. P. 72(b). He filed no objections.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Id.

Having conducted a *de novo* review in accordance with Rule 72, the Court will accept the disposition set forth in the R & R. Accordingly, the Court rules as follows:

(1) The R & R (Docket No. 20) is hereby ACCEPTED and APPROVED;

(2) McKinney's Complaint (Docket No. 1) is DISMISSED WITH PREJUDICE.

The Clerk of the Court shall enter Final Judgment in a separate document in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE